IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLARENCE EUGENE JONES,                              CV. 04-1299-PK

        Plaintiff,                     ORDER TO DISMISS

  v.

MAX WILLIAMS, et al.,

        Defendants.

HAGGERTY, District Judge.

    The parties move to dismiss this case on the basis that they have entered into a settlement agreement. The Joint Motion to Dismiss (#72) is GRANTED, and this case is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this __11__ day of May, 2006.

                                  /s/Ancer L. Haggerty
                                    Ancer L. Haggerty
                                 United States District Judge